■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TALAT MAHMOOD, Appellant. [831 NYS2d 90]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about April 7, 2004, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Marlow, Buckley, Sweeny and Kavanagh, JJ.